# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:17-CV-1513 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **JOSEPH A. SHAFRANICH JR.,** a/k/a **JOSEPH SHAFRANICH,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 17th day of July, 2018, upon consideration of plaintiff's motion (Doc. 13) which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED as follows:

1. That the public sale held on June 7, 2018 is confirmed and the interest of all lien holders divested.

2. That the Marshal is ordered and directed to execute and deliver to Gerald and Karen Fulkroad, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of Joseph A. Shafranich Jr. a/k/a Joseph Shafranich in and to the premises sold located at 274 Henry Street, Mifflintown, PA 17059.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

 /S/ CHRISTOPHER C. CONNER
 Christopher C. Conner, Chief Judge
 United States District Court
 Middle District of Pennsylvania